**DIALYSIS CARE OF N.C., LLC v. N.C. DEP'T OF HEALTH & HUMAN SERVS.**

[353 N.C. 258 (2000)]

DIALYSIS CARE OF NORTH CAROLINA, LLC, D/B/A DCNC, LLC, D/B/A DIALYSIS CARE OF ROWAN COUNTY, PETITIONER v. NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES, DIVISION OF FACILITY SERVICES, CERTIFICATE OF NEED SECTION, RESPONDENT, AND BIO-MEDICAL APPLICATIONS OF NORTH CAROLINA, INC. D/B/A BMA OF KANNAPOLIS D/B/A METROLINA KIDNEY CENTER OF KANNAPOLIS (LESSEE) AND METROLINA NEPHROLOGY ASSOCIATES, P.A. (LESSOR), RESPONDENT-INTERVENORS

No. 252A00

(Filed 21 December 2000)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 137 N.C. App. 638, 529 S.E.2d 257 (2000), affirming a final agency decision entered by the Division of Facility Services of the North Carolina Department of Health and Human Services on 9 December 1998. Heard in the Supreme Court 18 October 2000.

*Poyner & Spruill L.L.P., by William R. Shenton, Thomas R. West, and Pamela A. Scott, for petitioner-appellant.*

*Michael F. Easley, Attorney General, by James A. Wellons, Special Deputy Attorney General, for respondent-appellee; and Law Office of Joy H. Thomas, by Joy H. Thomas, for respondent-intervenor-appellees.*

PER CURIAM.

AFFIRMED.